No. 98–6886. PAL v. PAL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–6893. LEAPHART v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 98–6894. MOBLEY v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–6896. HADDERTON v. HADDERTON. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 98–6898. EDMOND v. BATSON. C. A. 11th Cir. Certiorari denied.

No. 98–6899. DICKERSON v. LEAVITT RENTALS ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6900. JENKINS v. HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6908. SERRANO v. THOMAS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6909. PLAIR v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 98–6913. NEWCOMB v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6914. DAURE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6920. JOHNSON v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6936. VASALKA v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–6939. LEE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.